**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSUE PAGUADA, | CASE NO.: 1:22-cv-00834-RA |
| Plaintiff, | |
| v. | |
| BIG IP OPCO, LLC, | |
| Defendant. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant BIG IP OPCO, LLC hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

The nongovernmental corporate party, BIG IP OPCO, LLC, is a wholly owned subsidiary of BIG PledgeCo, LLC. No publicly held corporation owns 10% or more of its stock.

Dated: March 14, 2022                    Respectfully submitted,

                                         **ARENTFOX SCHIFF LLP**


By: */s/ Brett F. Clements*
Brett F. Clements
1717 K Street NW
Washington, DC 20006
Telephone: (202) 778-6400
Facsimile: (202)778-6460
brett.clements@asflaw.com

*Attorneys for Defendant*
*BIG IP OPCO, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate

Disclosure Statement was served via ECF on all counsel of record.


Dated: March 14, 2022

By: <u>*/s/ Brett F. Clements*</u>
Brett F. Clements
